TRAYLOR *v.* PEOPLES BANK OF CARROLLTON.

No. 10391. DECEMBER 13, 1934.

*Willis Smith,* for plaintiff.
*Boykin & Boykin* and *Smith & Millican,* for defendant.

HUTCHESON, J. ■ There is no provision of law for reviewing by writ of error an interlocutory order merely dissolving, revoking, or setting aside a temporary restraining order. *Barrett* v. *American Securities Co.,* 173 *Ga.* 57 (159 S. E. 866); *Hollinshead* v. *Lincolnton,* 84 *Ga.* 590 (10 S. E. 1094). But where the time of hearing is fixed and a hearing duly had, and the order of court not only dissolves the temporary restraining order but denies the injunction prayed for, it does not come within this ruling, and the writ of error is not subject to dismissal. *Swinson* v. *Dublin,* 178 *Ga.* 323 (173 S. E. 93).

■ The Federal statute under which a loan was being made to the plaintiff by a Governmental agency contained no provision which would require or compel a creditor to accept bonds of the

agency· or corporation in lieu of cash.; U. S. Acts June 17, 1916, as amended; Federal Emergency Relief Act, March 12, 1933; Farm Credit Act, June 10, 1933.

In the case at bar, upon interlocutory hearing of the application for injunction, the evidence was conflicting upon the material issues of fact; and the discretion of the judge in denying an injunction will not be interfered with. *Sapp* v. *Ritch*, 169 *Ga.* 33 (3) (149 S. E. 636); *Murrell* v. *North London Fine Art Co.,* 173 *Ga.* 224 (160 S. E. 343).

> *Judgment affirmed. All the Justices concur.*